UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DUKE NOTTINGHAM,<br><br>Defendant. | Case No. CR18-245-RSL<br><br>ORDER DENYING EARLY TERMINATION OF SUPERVISED RELEASE |

This matter comes before the Court on defendant Duke Nottingham's "Motion for Early Termination of Supervised Release" (Dkt. # 4).

On September 16, 2010, a jury convicted defendant of distributing material involving the sexual exploitation of minors, in violation of 18 U.S.C. § 2252(a)(2). Dkts. # 1, # 2-2. On May 3, 2011, the U.S. District Court for the Eastern District of California sentenced defendant to 108 months of imprisonment and 120 months of supervised release. Dkt. # 2-2. Defendant began his term of supervision on July 19, 2018. Dkt. # 1. This Court accepted jurisdiction over defendant on October 11, 2018. Id.

As a threshold matter, the Court finds there are compelling reasons to seal defendant's mental health records. The Court therefore grants defendant's motion to seal Exhibits 2, 3, and 6 (Dkt. # 5).

The Court now turns to defendant's motion for early termination of supervised release. The Court may "after considering the factors set forth in [18 U.S.C. § 3553(a)] . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct

ORDER DENYING EARLY
TERMINATION OF SUPERVISED RELEASE - 1

of the defendant released and the interest of justice." 18 U.S.C. § 3583(e).  The Court enjoys "discretion to consider a wide range of circumstances when determining whether to grant early termination."  United States v. Emmett, 749 F.3d 817, 819 (9th Cir. 2014) (citing United States v. Pregent, 190 F.3d 279, 283 (4th Cir. 1999)).

The Court commends defendant on his graduation from treatment and notes his positive shift in attitude regarding his treatment over time.  Considering, however, the nature of defendant's distribution offense and the fact that defendant has completed less than half of his term of supervised release, the Court finds that termination of supervised release would be premature.  See 18 U.S.C. §§ 3583(e)(1), 3553(a).  The Court nonetheless looks favorably on defendant's engagement in mental health counseling and encourages him to continue.

Accordingly, IT IS HEREBY ORDERED that defendant's request for early termination of supervised release (Dkt. # 4) is DENIED.  Notwithstanding, the Court supports defendant's desire to travel to visit his family and to go fishing with his children.  The Court is amenable to amending the terms of his supervised release to reflect this if Probation determines that it should do so.

IT IS FURTHER ORDERED that defendant's Motion to Seal Document (Dkt. # 5) is GRANTED.

DATED this 21st day of July, 2022.

Robert S. Lasnik
United States District Judge

ORDER DENYING EARLY
TERMINATION OF SUPERVISED RELEASE - 2